THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Kenneth Rogers, Appellant.
 
 
 
 
 

Appeal From Darlington County
Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2010-UP-119
 Submitted January 4, 2010  Filed February
11, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of
 Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM: Kenneth Rogers appeals the revocation of his probation.  Rogers
 argues the circuit court erred in revoking his probation   based on a
 previously resolved violation.  After a
 thorough review of the record and counsel's brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL DISMISSED.
Williams, Pieper,
 and Lockemy, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.